# IN THE MISSOURI COURT OF APPEALS
## MARCH 11, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

----------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD75580 | James Michael Steele vs. State of Missouri |
| WD75691 | In the Matter of the Care and Treatment of Charles Mace, A/K/A Charles W. Mace, A/K/A Charles Wesley Mace vs. State of Missouri |
| WD76143 | Susan Darby Portman vs. City of Grandview, Missouri, et al |
| WD76375 | In the Interest of: C.W.S. vs. Juvenile Officer |
| WD76529 | Ruth Hinkle vs. Division of Employment Security |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

----------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD75922 | State of Missouri vs. Jerry D. Smith |